# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 5, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135117(78)

GENERAL MOTORS CORPORATION,
　　　　　Plaintiff-Appellee,

v

ALUMI-BUNK, INC., and ERIC JAIN,
　　　　　Defendants-Appellants.

_____

SC: 135117
COA: 270430
Wayne CC: 04-422587-CB

　　　　On order of the Chief Justice, the motion by defendants-appellants for extension of the time for filing their brief and appendix is considered and, it appearing the brief and appendix were filed July 2, 2008, the time for filing is extended to that date.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 5, 2008

_____
Clerk